87 A.3d 768

**In the Matter of the Petition for REINSTATEMENT OF Jimmy Anthony BELL TO the BAR OF MARYLAND.**

**Misc. Docket AG No. 86, Sept. Term, 2013.**

Court of Appeals of Maryland.

March 20, 2014.

## *ORDER*

This matter came before this Court on the Petition for Reinstatement of Jimmy Anthony Bell and the response of Bar Counsel, and

The Court having considered the Petition and the Response of Bar Counsel, it is this 20th day of March, 2014

ORDERED, by the Court of Appeals of Maryland, that Jimmy Anthony Bell be, and he is hereby reinstated to the practice of law in this State; and it is further

ORDERED, that the Clerk of the court shall replace the name of Jimmy Anthony Bell upon the register of attorneys entitled to practice law in this State and certify that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State.